

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN EISENBISE AND JENIFFER EISENBISE | Civil Action No. 15CV0972-AJB(WVG) |
| Plaintiff, | |
| V. | |
| CROWN EQUIPMENT CORPORATION AND CROWN LIFT TRUCKS | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED:

JUDGMENT IS IN FAVOR OF THE DEFENDANTS CROWN EQUIPMENT CORPORATION AND CROWN LIFT AND AGAINST PLAINTIFFS NATHAN EISENBISE AND JENIFFER EISENBISE.

Date: 8/10/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ Y. MADUENO
Y. MADUENO, Deputy